# EXHIBIT B

**[Print in black ink all areas in bold letters.   This summons must be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x

_Faith Ann Baird_
**[your name(s)]**                         Plaintiff(s),

- against -

_Comenity Bank (Victoria's Secret (CC Issuer)_
**[name(s) of party being sued]**      Defendant(s)
-------------------------------------------------------------x

**SUMMONS**

**Index Number**
_101319/25_

**Date Index Number Purchased**
_____, 20___

To the Person(s) Named as Defendant(s) above:

　　PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

　　YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: _11 / 14_____, 20_25_
**[date of summons]**

# FILED

NOV 1 7 2025

NEW YORK COUNTY
COUNTY CLERK

_____
**[sign your name]**
_Faith Ann Baird._
**[print your name]**
_700 Victory Blvd Apt M-A_
**[your address and telephone number]**
_Staten Island N.Y. 10501_
_646-830 -2833_

_Comenity Bank (Victoria's Secret CC Issuer)_
**[name and address of defendant(s)]**            **[name and address of defendant(s)]**
_3095 Loyalty Circle,_
_Columbus, Ohio, 43219_

Venue:　Plaintiff(s) designate(s) New York County as the place of trial.　The basis of this designation is:
　　　　□ Plaintiff's(s') residence in New York County
　　　　□ Defendant's(s') residence in New York County
　　　　X Other [See CPLR Article 5] _Plaintiff elects New York County._

CommenceAction -- Rev. March 2021

Printed: 12/16/2025

SUMMONS & VERIFIED COMPLAINT

FILED

NOV 1 7 2025

NEW YORK COUNTY
COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x

Farth Ann Baird
[your name(s)]                        Plaintiff(s),

- against-

Comenity Bank (Victoria's Secret).
[name(s) of party being sued]        Defendant(s).
-------------------------------------------------------x

Index Number

10/3/9/25

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], Farth Ann Baird

respectfully shows and alleges as follows: [number each paragraph]

1. I am the Plaintiff in this action. The Defendant, Comenity Bank, is the issuer and servicer of the Victoria's Secret credit account referenced in this lawsuit.

2. In or around 2022, I discovered that a Victoria's Secret employee attempted to obtain my credit card information by taking pictures. I immediately reported this to Comenity Bank and requested that my account be changed or permanently closed to prevent fraud or unauthorized use.

3. Despite multiple requests Comenity Bank failed to close the account, failed to investigate the attempted fraud, and failed to take any reasonable steps to protect my personal financial information.

4. As a result of Comenity Bank negligence, the credit limit on the account was reduced without my authorization, and the account was later reported as delinquent or charged off even though no new purchases or authorized transactions were made by me.

5. Comenity Bank then transferred, assigned or sold an alleged debt to third-party collectors including Midland Credit Management, without ever providing validation, notice, or documentation to me.

6. Comenity Bank also failed to issue a required IRS Form 1099-C when the account was charged off, sold or transferred - a legal requirement under 25 U.S.C. §6050P when a creditor

Printed: 12/16/2025

"Cancels," "discharges," or "write off" a debt.
This failure demonstrates further negligence, improper reporting practices, and a disregard for federal tax-compliance obligations.

7. The Defendant's actions constitute violations of the Fair Credit Reporting Act (FCRA) the Fair Credit Billing Act (FCBA) New York General Business Law §§ 349-350, and breach of their duty of care to handle accounts and consumer information responsibly.

8. As a result of Defendant's misconduct, my credit score was damaged, my student loan applications were denied, and I suffered financial hardship and emotional distress because of a debt that was not mine and should never have existed.

9. Defendant recklessly furnished inaccurate, incomplete and misleading information to the credit bureaus and continued to do so even after I disputed the account multiple times and requested an investigation.

10. Defendant's failure to close the account after repeated notice directly caused the fraudulent or erroneous balance to be generated and later passed to collectors, leading to ongoing harassment and credit damage.

11. Defendant's actions were willful, malicious and demonstrated a disregard for consumer protection laws and my rights as a cardholder.

12. As a result of Comenity Bank's actions and omissions, I suffered actual damages, emotional distress, reputational harm and loss of credit opportunities.

Demand for Relief.
Wherefore, Plaintiff demands judgement against Comenity Bank as follows:
a) Compensatory damages in the amount of $5,000,000
b) Punitive damages to deter Defendant from future misconduct;
c) An order requiring Comenity Bank to remove all related accounts, reporting and inquiries from all credit bureaus;
d) A declaration that the alleged debt is invalid and

unenforceable;

e) costs filing fees and any other relief the court deems just and proper.

Dated: ___11/14/2025___

[sign your name]

Faith Ann Baird

[print your name]

700 Victory Blvd, Apt MA.

[your address]

Staten Island, N.Y. 10301

646-830-2833.

[your telephone number]

VERIFICATION

STATE OF NEW YORK
COUNTY OF new york ss.:

Faith Ann Baird ___, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action.  I have read the foregoing complaint and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

[sign your name in front of a Notary]

Faith Ann Baird.

[print your name]

Sworn to before me this

_____ day of _____NOV 14 2025___ 20___

_____
Notary Public

ERICA AUCAQUIZHPI
Notary Public, State of New York
Reg. No. 04AU0032419
Qualified in New York County
Commission Expires December 31, 2028

CommenceAction – Rev. March 2021

Printed: 12/19/2025