# HUSCH BLACKWELL

**Timothy Phillips**
Attorney

600 Travis Street, Suite 2350
Houston, TX 77002
Direct: 713-525-6210
Fax: 713.647.6800
Timothy.Phillips@huschblackwell.com

April 13, 2026

**VIA ECF**

Honorable Katharine H. Parker, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: **04/14/2026**

> **APPLICATION GRANTED:** The Initial Conference set for 4/20/2026 at 11:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, June 25, 2026 at 11:00 a.m.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> **04/14/2026**

Re:     **Faith Baird v. Comenity Bank (Victoria's Secret)**
        **Case No. 1:26-cv-00891-VSB-KHP**

Dear Judge Parker:

This firm represents Defendant Comenity Bank (Victoria's Secret) ("Comenity") in the above-referenced matter. I write to respectfully request an extension of the initial conference scheduled for April 20, 2026, to a date after the Court rules on Comenity's Motion to Compel Arbitration or Alternatively, Dismiss with Prejudice (the "Motion"). The matter was removed to this Court on February 2, 2026. (Doc. 1). On February 4, 2026, the Court entered an Initial Case Management Conference Order setting an initial conference for April 20, 2026 at 11:30 AM. (Doc. 6). After the Court extended Comenity's deadline to respond to the Complaint a total of four weeks, on March 9, 2026, Comenity filed the Motion. The parties completed briefing on March 26, 2026, and the Motion is currently pending.

Comenity respectfully requests the Court reschedule the initial conference scheduled for April 20, 2026, to a date after the Court rules on the Motion. As stated in the Motion, Plaintiff's claims are subject to a valid arbitration clause. Should the Court compel arbitration, a scheduling order and any discovery completed in this Court would be moot. Therefore, good cause exists to extend the date of the initial conference.

This is the first extension request of the initial conference. I have attempted to confer with Plaintiff through both email and call. Plaintiff did not respond to my email and did not state whether she opposes the request in the phone call.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Hon. Katherine H. Parker, U.S.M.J.
April 13, 2026
Page 2

/s/ Timothy Phillips

Timothy Phillips

cc: Faith Ann Baird (via certified and regular mail)

**SO ORDERED:**

_____
Hon. Katherine H. Parker
Date: