# HUSCH BLACKWELL

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:**   __06/11/2026__

Colleen Fox
Partner
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Direct: 202.378.5795
Fax: 202.378.2319
Colleen.Fox@huschblackwell.com
Not licensed in Washington DC, office affiliation only.

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for __June 29, 2026__ is hereby adjourned sine die. The parties are directed to provide the court with an update on the arbitration in 90 days. __The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.__
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **06/11/2026**

June 10, 2026

**VIA ECF**

Honorable Judge Katharine H. Parker
Sothern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   **Faith Baird v. Comenity Bank (Victoria's Secret)**
>         **Case No. 1:26-cv-00891-VSB-KHP**

Dear Judge Parker:

This firm represents Defendant Comenity Bank (Victoria's Secret) ("Comenity") in the above-referenced matter. On June 1, 2026, The Court rescheduled the Initial Case Management Conference for June 29, 2026, at 11:30 a.m. Doc. 24. We write to respectfully ask that the conference be cancelled or adjourned, because this case was stayed pending arbitration on April 27, 2026. Doc. 22.

Comenity's counsel served Plaintiff with the Court's Order granting the Motion to Compel Arbitration by certified mail on May 1, 2026. According to the tracking, the Order was delivered to Plaintiff on May 6, 2026. In its Order, the court also required the parties to provide the Court with a status update every 90 days. To that end, Comenity reports that it has not received anything from Plaintiff indicating that she commenced arbitration.

As the case is currently stayed, Comenity respectfully requests that the Initial Case Management Conference scheduled for June 29, 2026, at 11:30 be canceled or adjourned.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Colleen Fox*

Colleen Fox

cc:   Faith Ann Baird (via certified and regular mail)

Husch Blackwell LLP