USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FAITH ANN BAIRD,

Plaintiff,

-against-

COMENITY BANK (VICTORIA'S SECRET).,

Defendant.

---------------------------------------------------------------X

**26-CV-891 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 9, 2026, Defendant filed a letter updating the Court on the status of arbitration, as previously directed by the Court at ECF No. 26. Plaintiff did not join in Defendant's letter or otherwise provide the Court with the required timely update. In light of Defendant's representations at ECF Nos. 29 and 30 that Plaintiff has filed a Demand for Arbitration with the American Arbitration Association ("AAA"), but has not yet paid the required filing fee, Plaintiff is directed to respond to Defendant's letter at ECF No. 30 by **September 17, 2026**, and to provide her own update regarding the status of the arbitration and state whether this matter should be discontinued because she is no longer pursuing the case.

**The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff at:**
**700 Victory Blvd,**
**Apt MA**
**Staten Island, NY 10301**

**SO ORDERED.**

DATED: New York, New York
September 10, 2026

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge