USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FAITH ANN BAIRD,

Plaintiff,

-against-

COMENITY BANK (VICTORIA'S SECRET).,

Defendant.

---------------------------------------------------------------X

**26-CV-891 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 16, 2026, Plaintiff filed a letter pursuant to the Court's Order at ECF No. 31 and in response to Defendant's letter at ECF No. 30. Plaintiff represents that she has been unable to initiate arbitration because the American Arbitration Association ("AAA") requested a copy of the contract containing the applicable arbitration provision, which Plaintiff states she does not possess and never received. Plaintiff therefore requests that Defendant provide her with the relevant agreement.

First, Plaintiff's submission does not indicate that she attempted to meet and confer with Defendant before seeking relief from the Court as required by Rule II.c. of this Court's Individual Rules in Civil Cases. Second, it appears that the cardholder agreement at issue was previously filed to the docket in connection with Defendant's motion to compel arbitration at ECF No. 11-2. (ECF No. 11 ¶¶ 7-8). Plaintiff has access to that document.

The Court further notes that the correspondence from the AAA appears to indicate that only the requested agreement is necessary, at least in part, for consideration of Plaintiff's request for a waiver or reduction of the arbitration filing fee. Plaintiff shall promptly provide the AAA with the agreement and any other materials required to complete the filing process

and shall diligently pursue initiation of the arbitration. This action is stayed pending arbitration and any discovery that Plaintiff seeks must be sought through the arbitration process.

A joint status letter is due **December 15, 2026** to update the Court on the status of arbitration.

**The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff at:**
**700 Victory Blvd,**
**Apt MA**
**Staten Island, NY 10301**

**SO ORDERED.**

DATED: New York, New York
September 23, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge